REUBEN M. MANLEY, *Executor, etc.*, v. ADA M.
OSBORNE *et al.*
No. 13,833.  (75 Pac. 1133.)

REUBEN M. MANLEY, *Executor, etc.*, v. ADA M.
OSBORNE *et al.*
No. 13,334.  (75 Pac. 1133.)

Error from Atchison district court; W. T. BLAND, judge.
Opinion filed February 6, 1904.   Affirmed.

*L. F. Bird*, for plaintiff in error.
*Jackson & Jackson*, for defendants in error.

*Per Curiam:* These are companion cases to *Manley v. Mayer*, ante, page 377, involving the same questions.   For the reasons given in the opinion filed in that case, the same order is made in each of these.

---

REUBEN M. MANLEY, *Executor, etc.*, v. ANNA O. PARK.
No. 13,336.  (75 Pac. 1134.)

Error from Atchison district court; W. T. BLAND, judge.
Opinion filed February 6, 1904.   Reversed.

*L. F. Bird*, for plaintiff in error.
*Jackson & Jackson*, for defendant in error.

*Per Curiam:* For reasons stated in *Manley v. Park*, ante, page 400, the judgment in this case will be reversed, and the cause remanded, with directions to render judgment for defendant.